EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2022 TSPR 135 |
| Maritza Conde Vázquez | 210 DPR ___ |

Número del Caso:  TS-12,194

Fecha:  4 de noviembre de 2022

Materia:  Reactivación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re,*

Maritza Conde Vázquez                    TS-12,194

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de noviembre de 2022.

Examinada la *Solicitud cambio de estatus de abogada activa* presentada por la peticionaria, se autoriza el cambio de status solicitado únicamente en lo relacionado al ejercicio de la abogacía.

En cuanto a la solicitud de readmisión al ejercicio de la notaría, se le concede a la Oficina de Inspección de Notarías (ODIN) un término de treinta (30) días, contado a partir de la notificación de esta Resolución, para que se exprese sobre la misma.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo